ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURBJOT KAUR,<br><br>      Plaintiff,<br><br>   v.<br><br>CAROLYN MUZYKA, et al.<br><br>      Defendants. | CASE NO.  2:26-CV-01371-TLN-AC<br><br>STIPULATION AND ORDER FOR FIRST EXTENSION OF TIME |

Defendants respectfully request a first extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose.  This Mandamus action concerns alleged delay in adjudication of a Form I-130 petition; it was served on Defendants on April 14, 2026, making the deadline for response June 15, 2026.  U.S. Citizenship and Immigration Services ("USCIS") scheduled an interview on Plaintiff's petition for June 10, 2026; however, Plaintiffs did not attend.  This interview must proceed to advance the process of adjudication.  USCIS expects to send a new notice with interview date in the next, approximately, thirty days.  Conducting the interview, along with review of any resulting information gathered, is necessary to continue the adjudication process of the subject petition.  Given this status and in the interest of allowing the process to proceed, the parties jointly stipulate to extend the deadline for Defendants' response to Plaintiff's complaint for approximately ninety-days.  Accordingly,

///

1

the new date for Defendants to file an answer or other dispositive pleading is September 14, 2026.  The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  June 12, 2026                          ERIC GRANT
                                               United States Attorney

                                          By:  /s/ CATHERINE J. SWANN
                                               CATHERINE J. SWANN
                                               Assistant United States Attorney

Dated: June 12, 2026                      By:  /s/ JOSEPH JOHN SIGUENZA (as
                                               authorized on June 12, 2026)
                                               JOSEPH JOHN SIGUENZA
                                               Counsel for Plaintiff

**ORDER**

IT IS SO ORDERED.

Dated: June 12, 2026

_____
Troy L. Nunley
Chief United States District Judge