ERIC GRANT
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SURBJOT KAUR,<br>PLAINTIFF,<br>V.<br>CAROLYN MUZYKA, ET AL.<br>Defendants.. | CASE NO. 2:26-CV-01371-TLN-AC<br><br>STIPULATION AND ORDER FOR SECOND EXTENSION OF TIME |

Defendants respectfully request a second extension of time in which to respond to the Complaint, and counsel for Plaintiff does not oppose. This Mandamus action concerns alleged denied adjudication of a T visa. The Parties previously jointly stipulated to an extension of the deadline for Defendants' response to the Complaint through September 14th to allow USCIS to proceed with the interview of Plaintiff (ECF 7, 8); this interview took place on September 4th. The agency continues work toward adjudication, but additional time is to continue the process. Given this status and in the interest of allowing the process to proceed, the parties jointly stipulate to extend the deadline for Defendants' response for approximately thirty-days, to and including October 14, 2026. The parties further request that all other filing deadlines be similarly extended.

///

///

///

Based on the foregoing, the new date for Defendants to file an answer or other responsive pleading is October 14, 2026. In addition, all other filing deadlines and proceedings are similarly extended.

Respectfully submitted,

Dated: September 14, 2026

ERIC GRANT
United States Attorney

By: */s/ Catherine J. Swann*
Catherine J. Swann
Assistant United States Attorney

Dated: September 14, 2026

By: */s/ Joseph John Siguenza (as authorized on September 13, 2026)*
Joseph John Siguenza
Counsel for Plaintiff

**IT IS SO ORDERED.**

DATED: September 15, 2026

Troy L. Nunley
Chief United States District Judge